# DEFENDANT INFORMATION SHEET
## NOT TO BE DOCKETED

CR20-21-UNA

TO: Clerk, U.S. District Court    [X] Felony    [ ] Class A Misdemeanor

DEFENDANT: Pencheng Lv    [ ] Indictment    [X] Information

DOB (Year Only): _____    COUNTY OF OFFENSE: New Castle

### OFFENSE(S) & CITATION(S):

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTY: |
|---|---|
| Count I – wire fraud in violation of 18 U.S.C. § 1343. | Maximum 20 years imprisonment, 3 years of supervised release, $100 special assessment, fine equal to the greater of $250,000 or twice the gross loss or gain from the offense, restitution |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: Change of Plea at _____

[ ] Interpreter Needed    Language _____

## DEFENDANT INFORMATION

Defendant's Address: _____

City: Dover    County: Kent    State: DE    Zip: 19901

Date of Arrest: _____    Date of 1st Appearance in this District: _____

Bail Set: _____    Date Made: _____    Remains in Federal Custody [ ]

Laura D. Hatcher
Assistant United States Attorney

FILED

FEB 20 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE