# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENGCHENG LV, )<br>)<br>Defendant. ) | Criminal Action No. 20-21 MN |

## ORDER

At Wilmington this 27th day of February 2020, having been advised by counsel that the defendant intends to enter a plea of guilty to the Information,

IT IS ORDERED that an Initial Appearance and Change of Plea hearing is scheduled for **Monday, March 30, 2020** at **2:00 PM in Courtroom 4A**, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **March 30, 2020** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

*Maryellen Noreika*
UNITED STATES DISTRICT JUDGE