

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Hercules Building*     *(302) 573-6277*
*1313 N. Market Street, Suite 400*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 23, 2020

The Honorable Maryellen Noreika
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    **Re:**     *United States v. Pengcheng Lv*, **Criminal Action No. 20-21-MN**

Dear Judge Noreika:

Pursuant to the Court's Oral Order dated April 17, 2020, regarding the upcoming change of plea hearing, the parties jointly respond as follows. The government requests that a change of plea hearing be held by video, and the Defendant consents to proceed via video. All parties and counsel are available to attend a video proceeding on any of the following Thursdays in May: May 7, 14, 21, or 28. Should those dates be inconvenient to the Court, counsel will work together to find additional availability.

Counsel remain available at the Court's convenience to answer any questions or address any concerns.

                               Respectfully submitted,

                               DAVID C. WEISS
                               United States Attorney

                 BY:     */s/ Laura D. Hatcher*
                               Laura D. Hatcher
                               Assistant United States Attorney

cc:     Peter Zeidenberg, Esq.