# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. 20-21-MN |
| v. ) | |
| ) | |
| PENGCHENG LV, ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW, this __20th__ day of __May__, 2020, having considered the Joint Motion to Continue the Plea Hearing and Exclude Time, the Court determines as follows.

On March 18, 2020, the United States District Court for the District of Delaware entered a Standing Order providing that, as a result of the emergency presented by COVID-19, all civil and criminal jury trials scheduled to begin between March 18, 2020, and April 30, 2020, before any district or magistrate judge in this district are continued pending further Order of the Court. The Standing Order likewise continued all change of plea hearings, sentencings, and violation of supervised release hearings until a date on or after April 30, 2020, unless otherwise ordered by the assigned judicial officer. The Order further provides that each assigned judicial officer may extend this period of exclusion as circumstances may warrant as to any specific proceeding.

In support of these measures, the Court described actions of the federal and state governments, as well as public health authorities, to limit the spread of COVID-19, and explained that the suspension of trials and other proceedings is required to further

public health and safety, reduce the size of public gatherings, and reduce unnecessary travel within the district.

Pursuant to the findings in the Standing Order, which the undersigned judicial officer fully agrees with and adopts, this Court ORDERS that pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of delay between May 20, 2020, and _____July 28, 2020_____, shall be excluded under the Speedy Trial Act as the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

It is further ordered that the change of plea hearing shall commence on 28th day of ___July___, 2020, at 2:00 PM in Courtroom 4A.

IT IS SO ORDERED.

BY THE COURT:

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE

5