IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. 20-21-MN |
| v. ) | |
| ) | |
| PENGCHENG LV, ) | |
| ) | |
| Defendant. ) | |

## **WAIVER OF INDICTMENT**

1. I, PENGCHENG LV, who is accused of committing one count of wire fraud, in violation of 18 U.S.C. § 1343, being advised of the nature of the charges, the proposed Information, and of my rights, hereby knowingly, voluntarily, and intelligently waive prosecution by Indictment and consent that the proceeding may be by Information instead of Indictment.

2. I understand that (a) unless I waive Indictment, I could not be charged with this offense unless the Grand Jury found probable cause to believe that I committed the offense and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three, lay persons, and at least twelve of those grand jurors must find probable cause to believe that the defendant committed this offense before an Indictment could be returned; and (c) by waiving Indictment, the government will be proceeding by a document written by the United States Attorney and called an Information, and I will be prosecuted on that Information, rather than on Indictment.

3. I have read and reviewed with my counsel the charge in the Information, and I am satisfied that my counsel has properly explained the charge and this waiver to me.

4. No one has made me any promises or threatened or forced me to waive Indictment.

1

_____
Defendant

_____
Counsel for Defendant


Dated:   05/18/2020